**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: NMC GLOBAL CORPORATION § Case No. 16-27447 CMG
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Andrea Dobin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $366,616.03 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $298,407.52 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $331,087.48 | | |

3) Total gross receipts of $629,495.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $629,495.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $137,293.92 | $137,263.92 | $130,649.46 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $331,087.48 | $331,087.48 | $331,087.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,309,958.64 | $641,680.11 | $391,913.60 | $167,758.06 |
| **TOTAL DISBURSEMENTS** | $2,309,958.64 | $1,110,061.51 | $860,265.00 | $629,495.00 |

4) This case was originally filed under chapter 7 on 09/12/2016. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2021                  By: /s/ Andrea Dobin
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 CHEVROLET KODI/C5C042 | 1129-000 | $8,000.00 |
| 2008 CHEVROLET/KODI C5C042 | 1129-000 | $8,500.00 |
| 2008 LAND RANGE ROVER | 1129-000 | $8,800.00 |
| 2009 CHEVROLET C5E042 | 1129-000 | $8,000.00 |
| ACCOUNTS RECEIVABLE | 1129-000 | $419.39 |
| JEFFERSON PARISH WATER DEPOSIT | 1129-000 | $217.74 |
| LEASED EQUIPMENT FOM HSBC | 1129-000 | $157,520.00 |
| LEASED EQUIPMENT FROM LEAF | 1129-000 | $23,950.00 |
| TD BANK CHECKING | 1129-000 | $13,667.46 |
| TD BANK CHECKING | 1129-000 | $102.04 |
| TAX REFUNDS | 1224-000 | $2,818.37 |
| FORKLIFT | 1229-000 | $12,500.00 |
| SUIT V. FORMER OWNERS | 1241-000 | $385,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$629,495.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | HSBC Bank USA, National Association | 4210-000 | $0.00 | $101,101.38 | $101,101.38 | $101,101.38 |
| 2S | LEAF Capital Funding | 4210-000 | $0.00 | $1,120.00 | $1,120.00 | $1,120.00 |
| 3S | LEAF Capital Funding | 4210-000 | $0.00 | $4,053.20 | $4,053.20 | $4,053.20 |
| 6S | LEAF Capital Funding | 4210-000 | $0.00 | $14,271.78 | $14,241.78 | $14,241.78 |
| 8 | HYG Financial Services | 4210-000 | $0.00 | $16,747.56 | $16,747.56 | $10,133.10 |
| | **TOTAL SECURED** | | **$0.00** | **$137,293.92** | **$137,263.92** | **$130,649.46** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Andrea Dobin | 2100-000 | NA | $34,724.75 | $34,724.75 | $34,724.75 |
| Trustee, Expenses - Andrea Dobin | 2200-000 | NA | $109.65 | $109.65 | $109.65 |
| Attorney for Trustee Fees - McMANIMON SCOTLAND & BAUMANN | 3110-000 | NA | $82,708.00 | $82,708.00 | $82,708.00 |
| Attorney for Trustee Fees - TRENK DiPASQUALE DELLA FERA & SODONO PC | 3110-000 | NA | $129,807.50 | $129,807.50 | $129,807.50 |
| Attorney for Trustee, Expenses - McMANIMON SCOTLAND & BAUMANN | 3120-000 | NA | $1,621.68 | $1,621.68 | $1,621.68 |
| Attorney for Trustee, Expenses - TRENK DiPASQUALE DELLA FERA & SODONO PC | 3120-000 | NA | $8,803.27 | $8,803.27 | $8,803.27 |
| Auctioneer Expenses - Quaker City Auctioneers, Inc. | 3620-000 | NA | $10,117.28 | $10,117.28 | $10,117.28 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Bond Payments - BOND | 2300-000 | NA | $116.17 | $116.17 | $116.17 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $94.52 | $94.52 | $94.52 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $4,144.83 | $4,144.83 | $4,144.83 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $324.82 | $324.82 | $324.82 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,379.99 | $3,379.99 | $3,379.99 |
| Other State or Local Taxes (post-petition) - State of NJ - CBT | 2820-000 | NA | $562.00 | $562.00 | $562.00 |
| Other State or Local Taxes (post-petition) - State of New Jersey - CBT | 2820-000 | NA | $375.00 | $375.00 | $375.00 |
| Other State or Local Taxes (post-petition) - State of New Jersey - CBT | 2820-000 | NA | $750.00 | $750.00 | $750.00 |
| Other State or Local Taxes (post-petition) - State of New Jersey - CTB | 2820-000 | NA | $375.00 | $375.00 | $375.00 |
| Accountant for Trustee Fees (Other Firm) - SHARER, PETREE BROTZ & SNYER | 3410-000 | NA | $50,165.51 | $50,165.51 | $50,165.51 |
| Accountant for Trustee Expenses (Other Firm) - SHARER, PETREE BROTZ & SNYER | 3420-000 | NA | $20.65 | $20.65 | $20.65 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Arbitrator/Mediator for Trustee Fees - Waserman, Jurita & Stolz, PC | 3721-000 | NA | $600.00 | $600.00 | $600.00 |
| Arbitrator/Mediator for Trustee Fees - Wasserman Jurista & Stolz, PC | 3721-000 | NA | $638.06 | $638.06 | $638.06 |
| Other Professional Fees - Golkow Litigation Services | 3991-000 | NA | $948.80 | $948.80 | $948.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$331,087.48** | **$331,087.48** | **$331,087.48** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | HSBC Bank USA, National Association | 7100-000 | $0.00 | $256,396.50 | $256,396.50 | $109,750.44 |
| 2U | LEAF Capital Funding | 7100-000 | $0.00 | $25,621.19 | $25,621.19 | $10,967.14 |
| 3U | LEAF Capital Funding | 7100-000 | $0.00 | $9,259.32 | $9,259.32 | $3,963.45 |
| 4 | AIRGAS USA, LLC | 7100-000 | $0.00 | $141.51 | $141.51 | $60.57 |
| 5 | AIRGAS USA, LLC | 7100-000 | $0.00 | $338.63 | $338.63 | $144.95 |
| 6U | LEAF Capital Funding | 7100-000 | $0.00 | $79,676.61 | $79,676.61 | $34,105.55 |
| 7 | LEAF Capital Funding | 7100-000 | $0.00 | $6,804.33 | $6,804.33 | $2,912.59 |
| 9 | ARAMARK Uniform & Career Apparel | 7100-000 | $0.00 | $12,625.51 | $12,625.51 | $5,403.92 |
| 9P | ARAMARK Uniform & Career Apparel | 7100-000 | $0.00 | $91.50 | $0.00 | $0.00 |
| 10 | Universal Environmental Svcs., LLC | 7100-000 | $0.00 | $1,050.00 | $1,050.00 | $449.45 |
| 11 | Wells Fargo Equipment Finance, Inc. | 7100-000 | $0.00 | $138,910.36 | $0.00 | $0.00 |
| 12 | Celtic Leasing Corp. | 7100-000 | $0.00 | $77,629.32 | $0.00 | $0.00 |
| 13 | National Marine Consultants, Inc. (ADMINISTRATIVE) | 7200-000 | NA | $22,635.33 | $0.00 | $0.00 |
| 14 | Texas Comptroller of Public Accounts | 7200-000 | NA | $10,500.00 | $0.00 | $0.00 |
| N/F | Air Liquide American Specialty Gases LLC | 7100-000 | $9,048.47 | NA | NA | NA |
| N/F | Ally/ Customer Service | 7100-000 | $55,065.68 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | AmSpec, LLC | 7100-000 | $13,893.00 | NA | NA | NA |
| N/F | Aramark | 7100-000 | $780.55 | NA | NA | NA |
| N/F | Freepoint Commodities, LLC | 7100-000 | $160,656.71 | NA | NA | NA |
| N/F | General Laboratory Supply | 7100-000 | $217.14 | NA | NA | NA |
| N/F | Ghulam Suhrawardi | 7100-000 | $1,493,269.27 | NA | NA | NA |
| N/F | HSBC Bank, N.A./ Commercial Loan Services | 7100-000 | $502,291.66 | NA | NA | NA |
| N/F | HYG Financial Services, Inc./ Customer Service | 7100-000 | $17,807.16 | NA | NA | NA |
| N/F | Inspectorate | 7100-000 | $37,207.56 | NA | NA | NA |
| N/F | NMK Resources, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SGS North America, Inc. | 7100-000 | $3,091.50 | NA | NA | NA |
| N/F | ST Laboratories | 7100-000 | $9,298.00 | NA | NA | NA |
| N/F | Safety-Kleen Systems, Inc. | 7100-000 | $614.59 | NA | NA | NA |
| N/F | SunCoast Plumbing Co., Inc. | 7100-000 | $6,717.35 | NA | NA | NA |
| N/F | Tetra Financial Group/ Jordan K. Greenwell, Chief Credit Off | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,309,958.64** | **$641,680.11** | **$391,913.60** | **$167,758.06** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-27447 CMG
Case Name: NMC GLOBAL CORPORATION
For Period Ending: 09/13/2021

Trustee Name: (500420) Andrea Dobin
Date Filed (f) or Converted (c): 09/12/2016 (f)
§ 341(a) Meeting Date: 10/14/2016
Claims Bar Date: 12/27/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TD BANK CHECKING | 102.04 | 102.04 | | 102.04 | FA |
| 2 | TD BANK CHECKING | 13,667.49 | 13,667.49 | | 13,667.46 | FA |
| 3 | JEFFERSON PARISH WATER DEPOSIT | 250.00 | 250.00 | | 217.74 | FA |
| 4 | NOLA ENERGY DEPOSIT | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 5 | CELTIC LEASING CORP (SECURITY DEPOSIT) | 15,782.50 | 15,782.50 | | 0.00 | FA |
| 6 | TETRA FINANCIAL GROUP (SECURITY DEPOSIT) | 11,965.00 | 11,965.00 | | 0.00 | FA |
| 7 | TETRA FINANCIAL GROUP (SECURITY DEPOSIT) | 460.00 | 460.00 | | 0.00 | FA |
| 8 | ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 419.39 | FA |
| 9 | 2008 LAND RANGE ROVER | 14,906.00 | 14,906.00 | | 8,800.00 | FA |
| 10 | 2009 CHEVROLET C5E042 | 5,564.00 | 5,564.00 | | 8,000.00 | FA |
| 11 | 2008 CHEVROLET/KODI C5C042 | 9,364.00 | 9,364.00 | | 8,500.00 | FA |
| 12 | 2008 CHEVROLET KODI/C5C042 | 6,065.00 | 6,065.00 | | 8,000.00 | FA |
| 13 | DELL POWER EDGE T710 SERVER | 435.00 | 435.00 | | 0.00 | FA |
| 14 | LEASED EQUIPMENT FROM CELTIC LEASING | 336,373.53 | 336,373.53 | | 0.00 | FA |
| 15 | LEASED EQUIPMENT FROM LEAF | 229,576.72 | 229,576.72 | | 23,950.00 | FA |
| 16 | LEASED EQUIPMENT FOM HSBC | 83,100.75 | 83,100.75 | | 157,520.00 | FA |
| 17 | TAX REFUNDS (u) | 0.00 | 2,818.37 | | 2,818.37 | FA |
| 18 | FORKLIFT (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 19 | SUIT V. FORMER OWNERS (u)<br>Adv. No. 18-1469<br>Settlement set out in ECF 85.  $400,000 in value -- $385,000 in cash plus waiver of $15,000 administrative claim | 0.00 | 325,000.00 | | 385,000.00 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$729,212.03** | **$1,069,530.40** | | **$629,495.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-27447 CMG
**Case Name:** NMC GLOBAL CORPORATION

**For Period Ending:** 09/13/2021

**Trustee Name:** (500420) Andrea Dobin
**Date Filed (f) or Converted (c):** 09/12/2016 (f)
**§ 341(a) Meeting Date:** 10/14/2016
**Claims Bar Date:** 12/27/2016

**Major Activities Affecting Case Closing:**

PREPARE FINAL TAX RETURNS; PREPARE CASE FOR CLOSURE AND DISTRIBUTION

This debtor is half of its former self. It operates in the fuel industry. There was a shareholder oppression suit pursuant to which the debtor split its operation geographically. The surviving portion was not sufficiently profitable to survive in light of the downturn in the fuel industry. The equipment is currently located in Texas and was sold there.

Accounts receivable were not collectible although demand letters were issued.

As a result of review of financial records, the Trustee began to suspect that the principals of the Debtor were the recipients of fraudulent transfers when they engaged in a "business divorce". Suit was started. Mediation failed.
The case is now in discovery. Counsel anticipates a Motion for Summary Judgment once discovery closes. There may be more litigation between the co-defendants (former partners), rather than with the Trustee.

The case returned to mediation after the close of discovery. Judge Kaplan successfully mediated the matter. The Estate received $385,000 in cash and a waiver of a $15,000 administrative claim. The final payment was received in September, 2020. The case is now ready for final tax returns and closure.

**Initial Projected Date Of Final Report (TFR):** 03/30/2018    **Current Projected Date Of Final Report (TFR):** 02/04/2021 (Actual)

| 09/13/2021 | /s/Andrea Dobin |
|---|---|
| Date | Andrea Dobin |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 16-27447 CMG | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | NMC GLOBAL CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0567 | Account #: | ******5466 CHECKING CCOUNT |
| For Period Ending: | 09/13/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/17/16 | {17} | STATE OF LOUISIANA | Refund for 2015 Corporate Income Tax | 1224-000 | 1,000.00 | | 1,000.00 |
| 10/17/16 | {17} | STATE OF NEW JERSEY | Refund for June, 2014 EMPLOYER Gross Income Tax | 1224-000 | 430.19 | | 1,430.19 |
| 10/17/16 | {17} | STATE OF NEW JERSEY | Refund for CBT-2015 | 1224-000 | 1,125.00 | | 2,555.19 |
| 10/17/16 | {17} | STATE OF NEW JERSEY | Refund for March, 2014 EMPLOYER Gross Income Tax | 1224-000 | 263.18 | | 2,818.37 |
| 10/17/16 | | T D BANK | Turnover of bank account | | 13,769.50 | | 16,587.87 |
| | {1} | | $102.04 | 1129-000 | | | |
| | {2} | | $13,667.46 | 1129-000 | | | |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,577.87 |
| 11/11/16 | {3} | JEFFERSON PARISH | Scheduled Refund | 1129-000 | 217.74 | | 16,795.61 |
| 11/17/16 | {8} | ENTERGY | Account Receivable | 1129-000 | 419.39 | | 17,215.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.77 | 17,189.23 |
| 12/05/16 | {9} | GORDON MOTOR CARS, LLC | Proceeds of Private Sale of Range Rover -- Docket Entry 18 | 1129-000 | 8,800.00 | | 25,989.23 |
| 12/29/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2016 FOR CASE #16-27447-CMG | 2300-000 | | 20.45 | 25,968.78 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.75 | 25,934.03 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.78 | 25,894.25 |
| 02/22/17 | 102 | CLERK, U.S. BANKRUPTCY COURT | Adversary 17-01157(CMG) filing fee | 2700-000 | | 350.00 | 25,544.25 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.74 | 25,509.51 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.91 | 25,471.60 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.19 | 25,437.41 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.24 | 25,397.17 |
| 06/13/17 | 103 | HSBC Bank USA, N.A. | Turnover of Collateral to Secured Party per stipulation (Docket No. 44) | 4210-000 | | 3,455.50 | 21,941.67 |
| 06/23/17 | | QUAKER CITY AUCTIONEERS, INC. | Proceeds of Auction Sale | | 218,470.00 | | 240,411.67 |
| | {12} | | Kodiak C5500 $8,000.00 | 1129-000 | | | |
| | {11} | | Kodiak C5500 $8,500.00 | 1129-000 | | | |
| | {10} | | Kodiak C5500 $8,000.00 | 1129-000 | | | |
| | {15} | | Sale Proceeds Allocated to Leaf Equipment $23,950.00 | 1129-000 | | | |

Page Subtotals:     $244,495.00     $4,083.33

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 16-27447 CMG | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | NMC GLOBAL CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0567 | Account #: | ******5466 CHECKING CCOUNT |
| For Period Ending: | 09/13/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  | {16} |  | HSBC Collateral $157,520.00 | 1129-000 |  |  |  |
|  | {18} |  | Sale Proceeds of Forklift (HYG Collateral) $12,500.00 | 1229-000 |  |  |  |
| 06/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 77.92 | 240,333.75 |
| 07/25/17 | 104 | HSBC BANK, N.A. | Distribution of Auction Proceeds | 4210-000 |  | 97,645.88 | 142,687.87 |
| 07/25/17 | 105 | LEAF CAPITAL FUNDING, LLC | Distribution of Auction Proceeds |  |  | 19,414.98 | 123,272.89 |
|  |  | LEAF Capital Funding | auction proceeds $1,120.00 | 4210-000 |  |  |  |
|  |  | LEAF Capital Funding | auction proceeds $4,053.20 | 4210-000 |  |  |  |
|  |  | LEAF Capital Funding | auction proceeds $14,241.78 | 4210-000 |  |  |  |
| 07/31/17 | 106 | HYG FINANCIAL SERVICES, INC. | proceeds of auction | 4210-000 |  | 10,133.10 | 113,139.79 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 334.16 | 112,805.63 |
| 08/18/17 | 107 | Quaker City Auctioneers, Inc. | auctioneer expenses | 3620-000 |  | 10,117.28 | 102,688.35 |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 210.78 | 102,477.57 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 142.48 | 102,335.09 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 157.00 | 102,178.09 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 146.96 | 102,031.13 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 141.86 | 101,889.27 |
| 01/05/18 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2018 FOR CASE #16-27447-CMG | 2300-000 |  | 22.13 | 101,867.14 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 161.19 | 101,705.95 |
| 02/23/18 | 109 | Golkow Litigation Services | Inv No. 173343 deposition of Ghulam Subrawardi 1.27.18 | 3991-000 |  | 440.45 | 101,265.50 |
| 02/23/18 | 110 | Golkow Litigation Services | invoice 173341 depositon of Nabil Kassem | 3991-000 |  | 508.35 | 100,757.15 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 136.53 | 100,620.62 |
| 03/22/18 | 111 | State of NJ - CBT | Federal ID # 22-2840567 | 2820-000 |  | 562.00 | 100,058.62 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 144.95 | 99,913.67 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 139.08 | 99,774.59 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 157.87 | 99,616.72 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 138.50 | 99,478.22 |
|  |  |  |  | Page Subtotals: | $0.00 | $140,933.45 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 16-27447 CMG | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | NMC GLOBAL CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0567 | Account #: | ******5466 CHECKING CCOUNT |
| For Period Ending: | 09/13/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.62 | 99,325.60 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.62 | 99,177.98 |
| 09/13/18 | 112 | CLERK, U.S. BANKRUPTCY COURT | Adv No. 18-01469(CMG) | 2700-000 | | 350.00 | 98,827.98 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.98 | 98,752.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.28 | 98,662.72 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.09 | 98,581.63 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.32 | 98,503.31 |
| 01/17/19 | 113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2019 FOR CASE #16-27447-CMG | 2300-000 | | 31.38 | 98,471.93 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.05 | 98,382.88 |
| 02/15/19 | 114 | Waserman, Jurita & Stolz, PC | splt of mediation fees | 3721-000 | | 600.00 | 97,782.88 |
| 02/22/19 | 115 | State of New Jersey - CBT | Federal ID#22-3840567 - Tax Year 2018 | 2820-000 | | 375.00 | 97,407.88 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.35 | 97,332.53 |
| 03/12/19 | 116 | Wasserman Jurista & Stolz, PC | mediation charges | 3721-000 | | 638.06 | 96,694.47 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.34 | 96,617.13 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.70 | 96,532.43 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.98 | 96,450.45 |
| 01/07/20 | 117 | McMANIMON SCOTLAND & BAUMANN | attorney fees and expenses | | | 44,367.85 | 52,082.60 |
| | | McMANIMON SCOTLAND & BAUMANN | attorney fees $43,472.50 | 3110-000 | | | |
| | | McMANIMON SCOTLAND & BAUMANN | attorney expenses $895.35 | 3120-000 | | | |
| 02/04/20 | 118 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2020 FOR CASE #16-27447-CMG, Blanket Bond | 2300-000 | | 20.56 | 52,062.04 |
| 03/18/20 | 119 | State of New Jersey - CTB | FedID# 22-3840567 - Year 2019 | 2820-000 | | 375.00 | 51,687.04 |
| 03/25/20 | 120 | State of NJ -CBT | Federal ID# **-****9634 - 2019 Stopped on 05/18/2020 | 2820-005 | | 375.00 | 51,312.04 |
| 05/13/20 | 121 | SHARER, PETREE BROTZ & SNYER | accountant fees and expenses | | | 47,683.51 | 3,628.53 |
| | | SHARER, PETREE BROTZ & SNYER | accountant fees $47,544.00 | 3410-000 | | | |
| | | SHARER, PETREE BROTZ & SNYER | accountant expenses $139.51 | 3410-000 | | | |

Page Subtotals:   $0.00   $95,849.69

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 16-27447 CMG | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | NMC GLOBAL CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0567 | Account #: | ******5466 CHECKING CCOUNT |
| For Period Ending: | 09/13/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/20 | 120 | State of NJ -CBT | Federal ID# **-****9634 - 2019 Stopped: check issued on 03/25/2020 | 2820-005 | | -375.00 | 4,003.53 |
| 10/12/20 | | To Account #******5466 | transfer to checking | 9999-000 | 346,508.96 | | 350,512.49 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 560.24 | 349,952.25 |
| 11/03/20 | 122 | State of New Jersey - CBT | Federal ID #22-3840567 | 2820-000 | | 750.00 | 349,202.25 |
| 11/19/20 | 123 | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney fees and expenses | | | 138,610.77 | 210,591.48 |
| | | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney fees $129,807.50 | 3110-000 | | | |
| | | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney expenses $8,803.27 | 3120-000 | | | |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 533.31 | 210,058.17 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 369.57 | 209,688.60 |
| 01/21/21 | 124 | International Sureties, LTD | bond payment | 2300-000 | | 116.17 | 209,572.43 |
| 01/27/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX7270 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX7270 | 9999-000 | | 209,572.43 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 591,003.96 | 591,003.96 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 346,508.96 | 209,572.43 | |
| | | Subtotal | | | 244,495.00 | 381,431.53 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $244,495.00 | $381,431.53 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 16-27447 CMG | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | NMC GLOBAL CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0567 | Account #: | ******5467 SETTLEMENT FUNDS |
| For Period Ending: | 09/13/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/20 | {19} | NMK Resources | settlement | 1241-000 | 235,000.00 | | 235,000.00 |
| 03/25/20 | {19} | Ghulam Suhrawardi | settlement | 1241-000 | 500.00 | | 235,500.00 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 229.54 | 235,270.46 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 459.09 | 234,811.37 |
| 05/08/20 | {19} | Nasreen & Ghulam Suhrawardi | settlement | 1241-000 | 500.00 | | 235,311.37 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 438.05 | 234,873.32 |
| 06/11/20 | {19} | Nasreen & Ghulam Suhrawardi | settlement | 1241-000 | 500.00 | | 235,373.32 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 407.66 | 234,965.66 |
| 07/09/20 | 101 | McMANIMON SCOTLAND & BAUMANN | second fee application awarded 7.7.20 | | | 35,809.33 | 199,156.33 |
| | | McMANIMON SCOTLAND & BAUMANN | attorney fees           $35,162.50 | 3110-000 | | | |
| | | McMANIMON SCOTLAND & BAUMANN | attorney expenses           $646.83 | 3120-000 | | | |
| 07/20/20 | {19} | Ghulam Suhrwardi | settlement | 1241-000 | 500.00 | | 199,656.33 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 368.21 | 199,288.12 |
| 08/19/20 | {19} | Nasreen Suhrawardi & Ghulam Suhrawardi | settlement | 1241-000 | 500.00 | | 199,788.12 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 314.34 | 199,473.78 |
| 09/11/20 | {19} | Ghulam Suhrawardi | settlement | 1241-000 | 147,500.00 | | 346,973.78 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 464.82 | 346,508.96 |
| 10/12/20 | | To Account #******5466 | transfer to checking | 9999-000 | | 346,508.96 | 0.00 |
| | | **COLUMN TOTALS** | | | 385,000.00 | 385,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 346,508.96 | |
| | | **Subtotal** | | | 385,000.00 | 38,491.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $385,000.00 | $38,491.04 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Form 2 — Exhibit 9

# Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 16-27447 CMG | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | NMC GLOBAL CORPORATION | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0567 | Account #: | ******7270 Checking Account |
| For Period Ending: | 09/13/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/27/21 | | Transfer Credit from Mechanics Bank acct XXXXXX5466 | Transition Credit from Mechanics Bank acct XXXXXX5466 | 9999-000 | 209,572.43 | | 209,572.43 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 324.82 | 209,247.61 |
| 06/16/21 | 1000 | Andrea Dobin | Combined trustee compensation & expense dividend payments. | | | 34,834.40 | 174,413.21 |
| | | Andrea Dobin | Claims Distribution - Tue, 04-27-2021       $34,724.75 | 2100-000 | | | |
| | | Andrea Dobin | Claims Distribution - Tue, 04-27-2021       $109.65 | 2200-000 | | | |
| 06/16/21 | 1001 | SHARER, PETREE BROTZ & SNYER | Combined payments for claim number , | | | 2,502.65 | 171,910.56 |
| | | SHARER, PETREE BROTZ & SNYER | Claims Distribution - Tue, 04-27-2021       $2,482.00 | 3410-000 | | | |
| | | SHARER, PETREE BROTZ & SNYER | Claims Distribution - Tue, 04-27-2021       $20.65 | 3420-000 | | | |
| 06/16/21 | 1002 | McMANIMON SCOTLAND & BAUMANN | Combined payments for claim number , | | | 4,152.50 | 167,758.06 |
| | | McMANIMON SCOTLAND & BAUMANN | Claims Distribution - Tue, 04-27-2021       $4,073.00 | 3110-000 | | | |
| | | McMANIMON SCOTLAND & BAUMANN | Claims Distribution - Tue, 04-27-2021       $79.50 | 3120-000 | | | |
| 06/16/21 | 1003 | HSBC Bank USA, National Association | Distribution payment - Dividend paid at 42.80% of $256,396.50; Claim # 1U; Filed: $256,396.50 | 7100-000 | | 109,750.44 | 58,007.62 |
| 06/16/21 | 1004 | LEAF Capital Funding | Distribution payment - Dividend paid at 42.80% of $25,621.19; Claim # 2U; Filed: $25,621.19 | 7100-000 | | 10,967.14 | 47,040.48 |
| 06/16/21 | 1005 | LEAF Capital Funding | Distribution payment - Dividend paid at 42.80% of $9,259.32; Claim # 3U; Filed: $9,259.32 | 7100-000 | | 3,963.45 | 43,077.03 |
| 06/16/21 | 1006 | AIRGAS USA, LLC | Distribution payment - Dividend paid at 42.80% of $141.51; Claim # 4; Filed: $141.51 | 7100-000 | | 60.57 | 43,016.46 |
| 06/16/21 | 1007 | AIRGAS USA, LLC | Distribution payment - Dividend paid at 42.80% of $338.63; Claim # 5; Filed: $338.63 | 7100-000 | | 144.95 | 42,871.51 |
| 06/16/21 | 1008 | LEAF Capital Funding | Distribution payment - Dividend paid at 42.80% of $79,676.61; Claim # 6U; Filed: $79,676.61 | 7100-000 | | 34,105.55 | 8,765.96 |
| 06/16/21 | 1009 | LEAF Capital Funding | Distribution payment - Dividend paid at 42.80% of $6,804.33; Claim # 7; Filed: $6,804.33 | 7100-000 | | 2,912.59 | 5,853.37 |
| 06/16/21 | 1010 | ARAMARK Uniform & Career Apparel | Distribution payment - Dividend paid at 42.80% of $12,625.51; Claim # 9; Filed: $12,625.51 | 7100-000 | | 5,403.92 | 449.45 |
| 06/16/21 | 1011 | Universal Environmental Svcs., LLC | Distribution payment - Dividend paid at 42.80% of $1,050.00; Claim # 10; Filed: $1,050.00 | 7100-000 | | 449.45 | 0.00 |

Page Subtotals:    $209,572.43    $209,572.43

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 16-27447 CMG | Trustee Name: | Andrea Dobin (500420) |
|---|---|---|---|
| Case Name: | NMC GLOBAL CORPORATION | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0567 | Account #: | ******7270 Checking Account |
| For Period Ending: | 09/13/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 209,572.43 | 209,572.43 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 209,572.43 | 0.00 | |
| | | Subtotal | | | 0.00 | 209,572.43 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $209,572.43 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 8

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-27447 CMG | **Trustee Name:** | Andrea Dobin (500420) |
| **Case Name:** | NMC GLOBAL CORPORATION | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0567 | **Account #:** | ******7270 Checking Account |
| **For Period Ending:** | 09/13/2021 | **Blanket Bond (per case limit):** | $29,766,019.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5466 CHECKING CCOUNT | $244,495.00 | $381,431.53 | $0.00 |
| ******5467 SETTLEMENT FUNDS | $385,000.00 | $38,491.04 | $0.00 |
| ******7270 Checking Account | $0.00 | $209,572.43 | $0.00 |
| | **$629,495.00** | **$629,495.00** | **$0.00** |

| | |
|---|---|
| 09/13/2021 | /s/Andrea Dobin |
| Date | Andrea Dobin |

UST Form 101-7-TDR (10 /1/2010)